Michael W. Berdinella, SBN: 085038
The Law Office of Michael W. Berdinella
726 W. Barstow, Suite 100
Fresno, CA 93704
559-436-8000 | 559-436-8900

attyberdinella@gmail.com
Attorney for Defendant,
Johnny Beltran

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br>　　　　Plaintiff<br><br>　　v.<br><br>**JOHNNY BELTRAN,**<br>　　　　　Defendant | Docket No. 1:14-CR-00091-JLT-SKO<br><br>**RELEASE ORDER FOR DEFENDANT JOHNNY BELTRAN**<br>**USM NO. 72533-097**<br>**DOB: 10/31/1971**<br><br>**RELEASE DATE: FEBURARY 26, 2025**<br>**TIME: 7:00 A.M.**<br>**JUDGE: HON. JENNIFER L. THURSTON** |

**TO THE UNITED STATES MARSHAL'S OFFICE FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO THE FRESNO COUNTY SHERIFF'S OFFICE, FRESNO, CALIFORNIA**

**IT IS HEREBY ORDERED** that on Wednesday, February 26, 2025, at 7:00 a.m., the United States Marshal's Office for the Eastern District of California and the Fresno County Sheriff's Office, Fresno, California shall release the Defendant, Johnny Beltran  (USM No. 72533-097), and his property to the representative of  the Salvation Army Adult Rehabilitation facility, who is

RELEASE ORDER FOR DEFENDANT JOHNNY BELTRAN - 1

then to transport Defendant Johnny Beltran directly to the Salvation Army Fresno Adult Rehabilitation Facility, 804 S. Parallel Avenue, Fresno, California, 93721, phone number (559) 490-7020.

IT IS SO ORDERED.

Dated: **February 24, 2025**

UNITED STATES DISTRICT JUDGE

RELEASE ORDER FOR DEFENDANT JOHNNY BELTRAN - 2